IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Boykin, Bernard

Printed: 01/22/09

Case Number: 06 B 12430
Judge: Hollis, Pamela S
Filed: 9/29/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 11, 2008
Confirmed: November 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,303.73 |  |
| Secured: |  | 1,600.02 |
| Unsecured: |  | 11,995.09 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 962.05 |
| Other Funds: |  | 246.57 |
| Totals: | 17,303.73 | 17,303.73 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,500.00 | 2,500.00 |
| 2. | Nationwide Acceptance Corp | Secured | 1,600.02 | 1,600.02 |
| 3. | Aspire Visa | Unsecured | 1,336.99 | 1,630.47 |
| 4. | Worldwide Financial Capital Bank | Unsecured | 387.61 | 472.69 |
| 5. | Capital One | Unsecured | 634.44 | 773.71 |
| 6. | Capital One | Unsecured | 3,233.35 | 3,943.11 |
| 7. | Capital One | Unsecured | 1,774.84 | 2,164.44 |
| 8. | Nationwide Acceptance Corp | Unsecured | 407.41 | 496.84 |
| 9. | World Financial Network Nat'l | Unsecured | 151.82 | 185.15 |
| 10. | ECast Settlement Corp | Unsecured | 1,909.52 | 2,328.68 |
| 11. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 12. | Montgomery Ward & Co Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,936.00 | $ 16,095.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 133.31 |
| 5.4% | 492.09 |
| 6.5% | 281.63 |
| 6.6% | 55.02 |
|  | $ 962.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Boykin, Bernard

Printed: 01/22/09

Case Number:  06 B 12430
Judge:  Hollis, Pamela S
Filed:  9/29/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

